**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | **MAGISTRATE NO. 08-397M** |
| **v.** | : | |
| | : | |
| **LEON WADDY,** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. §§ 922(j) and 924(a)(2)** |
| **Defendant.** | : | **(Possession of Stolen Firearms)** |
| | : | |
| | : | **18 U.S.C. §§ 922(u) and 924(a)(1)(D)** |
| | : | **(Theft of Firearms)** |
| | : | |

**I N F O R M A T I O N**

The United States Attorney informs the Court that:

**COUNT ONE**

Between on or about June 13, 2008 through on or about June 21, 2008, within the District of Columbia, defendant **LEON WADDY** knowingly possessed, concealed, and stored stolen firearms, that is a S&W .45 caliber handgun and a Sig Sauer P232 handgun, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

(**Possession of Stolen Firearms**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2)).

## COUNT TWO

On or about June 13, 2008, within the Eastern District of the of Virginia, defendant

**LEON WADDY** did steal and unlawfully take and carry away from the premises of Green Top

Sporting Goods store, which is licensed to engage in the business of importing and dealing in

firearms, 34 firearms in the licensee's business inventory that had been shipped and transported

in interstate and foreign commerce.

> (**Theft of Firearms**, in violation of Title 18, United States Code, Sections 922(u)
> and 924(a)(1)(D)).

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498 610

By: _____/s/_____
FREDERICK W. YETTE, AUSA, #385391
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov